1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

VAN BERNARD BRANCH,                    )    No. CV 08-076-PHX-SMM (MEA)
9                                       )
              Petitioner,               )
10                                      )    **MEMORANDUM OF DECISION AND**
    v.                                  )    **ORDER**
11                                      )
DORA   SCHRIRO   and   ARIZONA)
12   ATTORNEY GENERAL,                   )
                                        )
13            Respondents.              )
    _____    )
14

15

16        Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus pursuant

17   to 28 U.S.C. § 2254 (Doc. 1), filed January 14, 2008.  An Amended Petition was later filed

18   on June 20, 2008 (Doc. 7).  The matter was referred to Magistrate Judge Mark E. Aspey for

19   Report and Recommendation (Doc. 2).  On December 24, 2008 the Magistrate Judge filed

20   a Report and Recommendation with this Court (Doc. 16).  To date, no objections have been

21   filed.

                                **STANDARD OF REVIEW**
22
          The Court "may accept, reject, or modify, in whole or in part, the findings or
23
    recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan,
24
    923 F.2d 1391, 1394 (9th Cir. 1991).  Parties have ten days from the service of a copy of the
25
    Magistrate's recommendation within which to file specific written objections to the Court.
26
    28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72.  Failure to object to a Magistrate Judge's
27
    recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's
28
    factual findings and waives all objections to those findings on appeal.  See Turner v. Duncan,

1 | 158 F.3d 449, 455 (9th Cir. 1998).  A failure to object to a Magistrate Judge's conclusion "is

2 | a factor to be weighed in considering the propriety of finding waiver of an issue on appeal."

3 | Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).

4 | **DISCUSSION**

5 |       Having reviewed the Report and Recommendation of the Magistrate Judge, and no

6 | Objections having been made by any party thereto, the Court hereby incorporates and adopts

7 | the Magistrate Judge's Report and Recommendation.

8 | **CONCLUSION**

9 |       For the reasons set forth,

10 |       **IT IS ORDERED** that the Court adopts the Report and Recommendation of the

11 | Magistrate Judge (Doc. 16).

12 |       **IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus

13 | is **DENIED** and dismissed with prejudice, terminating this case.

14 |       DATED this 22nd day of January, 2009.

15

16 | _____

17 |                 Stephen M. McNamee
                United States District Judge

18

19

20

21

22

23

24

25

26

27

28